**EXHIBIT - A**



Offer Letter

38538 - Seasonal, Professional Level



October 29, 2013
Bernadette Meadows
Candidate ID# - 1282042

Dear Bernadette:

Congratulations! On behalf of KPMG LLP ("KPMG"), we are pleased to offer you the position of Contract Recruiting Manager in Human Resources in our Houston office, effective November 11, 2013. Your compensation, paid semi-monthly (on the last business day on or before the 15th and the last day of each month), will be computed at a rate of $80.00 per hour times the total number of hours you work as supported by your time and expense report. Overtime must be approved in advance by your supervisor.

We're very excited that you are considering a career at KPMG, where you'll find the people, experiences, tools, and support that can help you achieve your goals and aspirations. You'll also find something else here - an environment built on a foundation of ethics, integrity, and professionalism, one that respects and encourages you to share your talents and ideas, provides you with a chance to be heard, and urges you to make a difference, both within the firm and in our communities. At KPMG, you'll have the opportunity to explore different paths, take on new responsibilities, and pursue experiences that are personally fulfilling as well as professionally rewarding. KPMG also has a number of programs to help you achieve a healthy work/life balance including alternative work arrangements, back-up childcare, and access to advice on healthy living, family resources, and financial matters.

This position is considered a non-exempt position for purposes of federal wage-hour law, which means that you will be eligible for overtime pay for hours worked in excess of 40 in a given workweek, unless applicable state law requires different or more frequent provision of overtime payments.

KPMG LLP will withhold income, social security, and Medicare taxes from your compensation. As an employee who will work less than 1,000 hours a year, you will not be eligible for firm provided benefits (unless required by applicable law). In the event that you work 1,000 hours or more during a calendar year with approval from your manager, your status may be changed, and you may then become eligible for firm provided benefits.

As an administrative employee of the firm, you are required to complete an independence confirmation at the time of your employment. The confirmation requires that you declare you:

- Will abide by the applicable independence rules and related policies of the firm.
- Will not accept favors, direct or indirect, from clients.
- Will consult with the Business Unit Professional Practice Partner - Audit before accepting an offer to serve a restricted entity as a director, officer, voting trustee, employee, adviser, promoter, or underwriter.
- Will not associate with client personnel in a manner that would impair the independence or objectivity of the firm.

Please click the KPMG's Plain English Guide to Independence, which summarizes key aspects of the firm's independence policies.

By signing this offer letter, you are acknowledging that you understand our independence policies highlighted in KPMG's Plain English Guide to Independence and that you will be in compliance with these policies as of your start date.

Firm personnel are prohibited from engaging in personal for-profit business activities, as well as employment outside the firm or the provision of professional services to third parties other than on behalf of the firm, subject to limited exceptions. A variance may be permitted in certain situations (e.g., where firm personnel are

performing non-professional services for another person or entity and the provision of those services does not interfere with the employee's duties at KPMG or pose a conflict of interest, or where required by law). Such variances require pre-approval, in writing.

The items in this letter represent KPMG's entire offer of employment to you. Any contrary representations that may have been made to you at any time are superseded by this offer. Also, as previously noted on your employment application, employment with KPMG is contingent upon satisfactory completion of the firm's employment screening process. This may include a public source background inquiry and receipt of satisfactory information regarding your employment history.

Our offer of employment will remain in effect through November 2, 2013.

**To inform us of your decision, please perform both procedures specified below:**

- **Contact your KPMG recruiter and;**
- **Electronically accept the offer presented to you in e-mail.**

**Your call to your recruiter and the electronic acceptance of your offer are critical as they initiate your orientation process and technology set-up.**

**Note, once you have accepted the offer, you will receive an e-mail message from our Onboarding system welcoming you to KPMG and asking you to electronically sign this offer letter and various other employment documents required to be completed prior to your start date with KPMG.**

Bernadette, we look forward to having you join our team and helping you build a great career here at KPMG!

Very truly yours,
KPMG LLP
Todd Roeder
Director

Provide Offer Feedback.