United States District Court
Southern District of Texas
**ENTERED**
July 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Bernadette Meadows, et al, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-66 |
| | § | |
| KPMG, LLP, | § | |
| Defendant. | § | |

## ORDER

In accordance with the Stipulation of Dismissal filed on July 21, 2017 (docket entry no. 16), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 21st day of July, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE